IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY M. KACZMORSKI and CARMEN CUPELLI, | ) CIVIL DIVISION )<br>) C.A. No. 12-1694 |
| Plaintiffs, | ) ) |
| v. | ) ) |
| COUNTY OF ALLEGHENY and CHELSA WAGNER, | ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b), Defendant, County of Allegheny, hereby files the within Motion to Dismiss, as follows:

1. For the reasons set forth at length in Defendant County of Allegheny's Brief in Support of Motion to Dismiss, this Defendant hereby moves this Honorable Court to dismiss all claims against it pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

/s/  Andrew F. Szefi
Allegheny County Solicitor
Pa. I.D. 83747
andrew.szefi@alleghenycounty.us

/s/  Jake S. Lifson
Jake S. Lifson
Assistant County Solicitor
Pa. I.D. No. 201384
jake.lifson@alleghenycounty.us

ALLEGHENY COUNTY LAW DEPT.
445 Fort Pitt Boulevard, Suite 300
Pittsburgh, Pennsylvania 15219
412-350-4551