## Article 201. Organization of County Government

## § 5-201.03. Independently elected County officials.

**[Amended 12-6-2004 by Ord. No. 38-04, approved 5-17-2005]**

   A. The following independent county offices shall be operated by County officials:

   (1) County Controller.

   (2) District Attorney.

   (3) Sheriff.

   (4) Treasurer.

   B. Abolition and consolidation of certain independently elected County offices.

   (1) The elected Offices of the Clerk of Courts, Prothonotary, and Register of Wills are abolished effective the first business day of January 2008, and are replaced with the appointed office of Director of Court Records, who shall be selected pursuant to Article VI, § 1.6-602(c), of the Home Rule Charter. The Director of Court Records shall perform all of the duties and functions currently vested in the Offices of Clerk of Courts, Jury Commissioners (2), Prothonotary, and Register of Wills by applicable law as of the date that the office of Director of Clerk Records becomes effective, provided that such duties and functions are not inconsistent with the Home Rule Charter.

   (2) The Office of Jury Commissioner is abolished effective the first business day of January 2006. The duties and functions of the Office of Jury Commissioner shall be performed by the Director of Court Records; provided, however, that the functions and duties of the Office of Jury Commissioner shall be administered by the County Manager or his designees from the first business day of January 2006 until such time as the Director of Court Records is selected as provided in Subsection **B(1)** above.

   (3) The elected Office of the Recorder of Deeds is abolished effective the first business day of January 2008, and is replaced with the appointed office of Real Estate Manager, who shall be selected pursuant to Article VI, § 1.6-602(c), of the

Allegheny County, PA
Wednesday, January 30, 2013

Article 1003. County Career Service

## § 5-1003.01. Composition of County Career Service.

A. The County Career Service shall be a permanent service to which the provisions of this article shall apply. It shall comprise all positions in the County Government now existing, or hereafter established, excluding exempt categories of personnel.

B. Exempted positions in career service shall consist of the following personnel:

   (1) Chief Executive and staff to the Chief Executive;

   (2) Council Chief of Staff, Council Clerk and staff;

   (3) County Manager and staff;

   (4) Department Directors, Deputy Directors, and Division Managers;

   (5) Members of County agencies and authorities;

   (6) One confidential secretary or confidential clerk to each Department Director or Division Manager;

   (7) Any person appointed for the duration of a special study, project, or internship, which is scheduled to be completed after a fixed or limited period of time;

   (8) Part-time, occasional, casual, temporary or seasonal employees.

C. Employees of County Officials and the Courts shall not be covered by the personnel system and shall not be considered County Career Service employees, provided, however, that any newly created position must be created consistent and within the total budget of their respective Office or Department subject to verification by the Manager and Controller.

*Allegheny County, PA*
*Wednesday, January 30, 2013*

## Article 101. Definitions and Construction

## § 5-101.03. Definitions.

The following words, when used in this Administrative Code, shall, unless the context clearly indicates otherwise, or specifically redefined for purposes of a section or subsection, be defined as follows:

**ACCOUNTABILITY, CONDUCT AND ETHICS COMMISSION** *Editor's Note: See § 5-1013.10 et seq.*

**ADMINISTRATIVE MANUAL**
　Those documents specifying detailed operational matters of County units, including, but not necessarily limited to, descriptions of the duties and responsibilities of subordinate units, rules and regulations and appropriate administrative procedures, records, and reports.

**ADMINISTRATIVE OFFICER**
　The County Solicitor or the director of any department or any division within the administrative service.

**AGENCY**
　Any County-related board, commission, district, committee, council, or other governmental or quasi-governmental entity which has been created or established by the County or to which the Chief Executive or County Council has the power of appointment, except for any authority or unit of local government created pursuant to commonwealth law, and any voluntary advisory board established by the Chief Executive or by County Council.
　**[Amended 2-15-2005 by Ord. No. 11-05]**

**AUTHORITY**
　An instrumentality of the Commonwealth of Pennsylvania and a body corporate and politic created pursuant to applicable law to perform an important governmental function.

**BALANCED ANNUAL CAPITAL BUDGET**
　A budget in which the identified sources of funds equal the proposed capital expenditures.

**BALANCED ANNUAL OPERATING BUDGET**

**COUNTY OFFICIALS**
The independently elected officers having powers, duties and responsibilities over a separately constituted County Office. The term "County Officials" shall be synonymous with the term "Row Offices" or "Independently Elected County Officials."

**COUNTY OFFICE**
The office held by the Chief Executive and the members of County Council.

**COURT OF COMMON PLEAS OR THE COURTS**
The Court of Common Pleas of Allegheny County, including all other minor courts and offices which are presently a part of the 5th District of the Unified Judicial System of the Commonwealth of Pennsylvania.

**DAYS**
Calendar days.

**DEPARTMENT**
A unit within the Administrative Service.

**DIRECTOR**
The head of any department or division within the Administrative Service.

**DISADVANTAGED BUSINESS ENTERPRISE**
A for-profit small business concern that is at least 51% owned by one or more individuals who are both socially and economically disadvantaged, or, in the case of the corporation, in which 51% of stock is owned by one or more such individual, and whose daily business operations are controlled by one or more of the socially and economically disadvantaged individuals who own it.

**DIVISION**
An identified subunit of a County department within the Administrative Service.

**ELECTED POLITICAL OFFICE**
Any federal, commonwealth, county or municipal position that is elected.

**ENCUMBER**
To appropriate a reserve estimated to meet as a yet unperformed obligation for goods or services.

**FULL-TIME**
Regular work of at least 35 hours a week.

**GOVERNING BODY**
The Chief Executive and County Council acting pursuant to their powers under the Charter.

**INDEPENDENT COUNTY OFFICE**
Each office headed by an Independently Elected County Official.