IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|               |   |                                   |
|---------------|---|-----------------------------------|
| Plaintiff(s)  | ) | KACZMORSKI et al                  |
| v.            | ) | Civil Action No.  2:12-cv-01694   |
| Defendant(s)  | ) | OFFICE OF CONTROLLER OF ALLEGHENY COUNTY, et al |

**REPORT OF EARLY NEUTRAL EVALUATION**

An early neutral evaluation session was held in the above captioned matter on April 25, 2013.

A follow up session (please check one):
\_\_\_\_\_ is scheduled.
  X   is not scheduled.

The case (please check one):
\_\_\_\_\_ has settled
\_\_\_\_\_ has settled in part
  X   has not settled.

If the case has settled in part, please indicate the part that has settled.

Stipulations that the parties agreed may be disclosed are: None

What discovery did the parties engage in prior to the ADR session (amount and type of discovery)?  Only the mandatory initial disclosures were made.


Dated: May 2, 2013                                  S/ Kenneth J. Benson
                                                    Signature of Neutral