IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY M. KACZMORSKI and<br>CARMEN CUPELLI, | Civil Division |
| Plaintiffs, | No. 12-1694 |
| v. | Judge McVerry |
| OFFICE OF CONTROLLER OF ALLEGHENY COUNTY, and CHELSA WAGNER, Controller, in her individual and official capacities, | |
| Defendants. | JURY TRIAL DEMANDED |

**STIPULATION FOR DISMISSAL BY STANLEY M. KACZMORSKI *ONLY* AS TO CHELSA WAGNER, IN HER INDIVIDUAL CAPACITY *ONLY***

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Stanley M. Kaczmorski, stipulates to the dismissal of this matter with prejudice, as to Defendant Chelsa Wagner in her individual capacity, only. This Stipulation for Dismissal does not dismiss or otherwise affect Plaintiff Kaczmorski's claims against the Office of Controller of Allegheny County, nor does it affect any of Plaintiff Cupelli's claims.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| /S/ James P. McGraw, III | /S/ Christine T. Elzer |
| James P. McGraw, III | Samuel J. Cordes |
| Pa.I.D. No. 307607 | Christine T. Elzer |
| Law Office of Ira Weiss | Pa.I.D. No. 54874 (Cordes) |
| 445 Fort Pitt Boulevard, Suite 503 | Pa.I.D. No. 208157 (Elzer) |
| Pittsburgh, PA 15219 |  |
| (412) 391-9890 | Samuel J. Cordes & Associates |
|  | 245 Fort Pitt Boulevard |
| Attorneys for Defendants | Pittsburgh, PA 15222 |
|  | (412) 281-7991 |
|  | Attorneys for Plaintiffs |