# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY M. KACZMORSKI and<br>CARMEN CUPELLI, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 2:12-cv-1694-GLL |
| | : | |
| OFFICE OF THE CONTROLLER OF<br>ALLEGHENY COUNTY and CHELSA<br>WAGNER, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## APPENDIX

AND NOW come Defendants, the Office of the Controller of Allegheny County and

Chelsa Wagner, by and through their counsel, James P. McGraw III, Esquire, and the Law

Offices of Ira Weiss, and respectfully submit the following Appendix to Defendants' Motion for

Summary Judgment:

1.     Appendix Tab A are the relevant pages of Chelsa Wagner's Deposition Transcript

dated August 13, 2013.

2.     Appendix Tab A.1 is Exhibit 3 of Chelsa Wagner's Deposition.

3.     Appendix Tab B are the relevant pages of Carmen Cupelli's Deposition

Transcript dated October 28, 2013.

4.     Appendix Tab B.1 are Exhibits 3, 18, 20, 21, 22 and 23 of Carmen Cupelli's

Deposition.

     5.      Appendix Tab C are the relevant pages of Joseph Abbott's Deposition Transcript dated October 28, 2013.

Respectfully submitted,

By: _____
James P. McGraw, III, Esquire
PA I.D. No. 307607
jmcgraw@weisslawoffices.com

LAW OFFICES OF IRA WEISS
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219
(412) 391-9890

Dated:   December 3, 2013

## <u>CERTIFICATE OF SERVICE</u>

I, James P. McGraw III, Esquire, do hereby certify that a true and correct copy of the

foregoing Appendix has been electronically filed this  3rd  day of  December  , 2013, and is

available for reviewing and downloading from the ECF system by the following party:

Christine T. Elzer, Esquire
Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222

Respectfully submitted,

By:_____
James P. McGraw, III, Esquire