# Appendix Tab A.1

*Carmen*

## JOB DESCRIPTION: Real Estate Tax Investigator

**Department/Bureau/Division:** Controller's Office / Support Services / Administration Division
**Reports to:** TAW Manager
**Bargaining Unit:** Non-Union
**FLSA Status:** Exempt
**Original Date:** May 6, 2011
**Date Revised:**

**POSITION SUMMARY:** Under general supervision of the Assistant Deputy Controller, investigates records in regards to county-wide property assessments, property liens, and Sheriff Sales.

**DUTIES:**
- Investigates all requests from Allegheny County taxpayers related property assessments.
- Attends all Allegheny County Sheriff Sales.
- Investigates tax liens and judgment requests from taxpayers and management.
- Investigates all requests from taxpayers related to tax collection.
- Answers citizen requests for land, mineral rights and right of way issues.
- Serves as liaison to various county boards and county committees as requested by management.
- Submits progress management reports as needed.
- Manage special projects as needed, and
- Perform such other related tasks and duties as assigned or required.

**KNOWLEDGE & ABILITIES (at full job performance)**
Considerable knowledge of:
- Modern office practices and procedures including typing, information retrieval, record maintenance, and office software applications (i.e., Microsoft Word & Excel);
- Business English, spelling, and
- All related laws, codes relating to assessments, liens, sheriff sales and tax collection.

Some knowledge of:
- County buildings and county departments;
- Property values, and
- JD Edwards.

Ability to:
- Accurately and thoroughly complete, review and check a variety of complex forms and documents;
- Work independently, determine work priorities, handle multiple tasks simultaneously and meet deadlines;
- Establish and maintain effective working relationships with supervisors, associates, and outside agencies;
- Follow written and oral instructions;
- Communicate effectively, both orally and in writing, and
- Be a strong team player.

**MINIMUM QUALIFICATIONS**
Education:
Sixty hours of post-high school course work in public/business administration, social services, education or a related field.

Experience:
Two (2) years of administrative experience; or any combination of education, training and experience that demonstrates the ability to perform the duties of the position. Background should include word processing; document control; preparation of spreadsheets, graphs and charts; desktop publishing; presentation materials.

**SUPERVISION RECEIVED:**
Receives general supervision from the Assistant Deputy Controller.

DEF42401



**CONTROLLER'S OFFICE JOB DESCRIPTION:** Real Estate Tax Investigator
Page 2 of 2

**SUPERVISION EXERCISED:**
None.

**WORKING CONDITIONS:**
Office environment. The noise level is usually moderately quiet. Occasional outdoor environment in all types of weather.

**PHYSICAL DEMANDS**
Repetitive leg/arm movement, foot or hand control movement, finger movement-fine dexterity, finger movement-coordination, finger movement-gross movement, hearing-conversation, seeing-near, speaking clearly and in fluent English. Occasional lifting of up to 20 pounds. Occasional travel to sites within Allegheny County.

**CERTIFICATES / LICENSES:**
Current, valid Class C Pennsylvania Motor Vehicle Operator's License. License must be maintained throughout employment.

The duties listed above are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related, or a logical assignment to the position.
The job description does not constitute an employment agreement between the employer and employee and is subject to change by the employer as the needs of the employer and requirements of the job change.