# Appendix Tab B.1



# THE LAW OFFICES OF IRA WEISS

445 Fort Pitt Boulevard
Suite 503
Pittsburgh, PA 15219

Phone: 412.391.9890
Fax: 412.391.9685

www.weisslawoffices.com

December 23, 2011

**REGULAR AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Carmen Cupelli
15 McCoy Road
McKees Rocks, PA 15136

Dear Mr. Cupelli:

    This office serves as legal counsel to the transition team for the Honorable Chelsa Wagner, Controller Elect. It has been determined that, based upon the 2012 budget and the organizational needs of the office as envisioned by Ms. Wagner as well as other important factors which have been considered, Ms. Wagner will take official action to reduce certain personnel in the Department. Policy 8.0 provides that employment in the Office of the Controller is at will. As such, Ms. Wagner will take steps on January 2, 2012 to eliminate your position and you will be laid-off effective on that date.

    The Office of Human Resources will provide you with information regarding your vacation entitlement and other benefits. Your entitlement, if any to post furlough benefits will be determined in accordance with applicable policies of the Controller's Office.

Very truly yours,

Ira Weiss

IW:ts

Affiliated with
King, Spry, Herman,
Freund & Faul, LLC
One Bethlehem Place
Suite 700
Bethlehem, PA 18018



EXHIBIT 3

# MEMORANDUM

**TO:** Chelsa Wagner, Controller-elect

**FROM:** Guy Tumolo, Deputy Controller

**DATE:** November 29, 2011

**SUBJECT:** REORGANIZATION GUIDANCE

I am offering some guidance on what I understand to be your intention of bringing eight personnel with you.

There will be four open budgeted positions in the 2012 budget, and three partially funded Auditor 2 positions:

| | |
|---|---:|
| Deputy Controller | $102,174 |
| Sr. Financial Analyst | 75,029 |
| Legislative Assistant | 45,000 |
| Solicitor | 60,000 |
| Auditor 2 | 41,250 |
| | $323,453 |

You have agreed that the position of Office Manager occupied by Melanie Stanish will be eliminated. It is budgeted for one month.

Other than technical positions, such as auditors and information system techs, there are two job titles that you might consider activating from our unbudgeted roster. They are:

Administrative Officer (salary range: $45,750 - $59,500) and
Financial Analyst (salary range: $42,100 - $52,623)

The above budgeted vacant positions, together with the additional appropriation in the budget presently before Council, will provide you with a total of $515,600 for salaries for the eight personnel you would bring in.

The additional appropriation in the budget currently before Council is $274,458. Approximately 70% of that amount can be used for salaries and 30% reserved for fringe benefits. There is also an additional $10,000 in the Legal Counsel category that was intended to provide you with additional resources in negotiating your solicitor's salary.



EXHIBIT 18

The budget before Council is based on a one mill increase in real estate tax. If the final budget does not result in as much of an increase in appropriation, or you wish to make some personnel changes, the following positions were viewed as being part of the Controller's immediate staff:

*[handwritten: Controllers vs. Professional]*

| Position | Salary |
|---|---|
| Communications Director, Pam Goldsmith | $47,923 |
| Administrative Assistant, Randall Hermann | $31,106 |
| Conflict Resolution Officer, Terry Matuszak | $48,925 |
| R.E. Tax Investigator, Carmen Cupelli | $44,746 |

With these options you have the flexibility to establish your own organization. Another option is to create a new job title that is more suitable to your organization and fund it from the available appropriation.

Memo to CW-Reorganization




# COUNTY OF ALLEGHENY
## Row Office & Court of Common Pleas Employment Status Form
USE THIS FORM FOR ALL PAYROLL TRANSACTIONS

### 1. EMPLOYMENT

Please Check One of the Following:
- New Hire ☐
- Re-Hire ☐
- Return from Leave ☐
- Return from W. Comp ☐

HIRE DATE

*If Re-Hire or Return to Work, Please Complete This Section*

Month/Year Last Employed:

County Department in which Last Employed:

Comments:

### 1A. CHANGE FOR PRESENT EMPLOYEE ONLY

Change In:
- PAY [X]
- POSITION [X]
- DEPARTMENT ☐

Separation Due To:
- RESIGNED ☐
- INVOL. TERM. ☐
- DISMISSED ☐
- DEATH ☐
- LAYOFF ☐
- RETIREMENT ☐
- OTHER ☐

Leave of Absence:
- MILITARY ☐
- EDUCATION ☐
- PERSONAL/FAMILY ☐

### 2.

| Employee Number | Name (Last, First) | Address | Zip Code |
|---|---|---|---|
| 85987 | Cupelli, Carmen | | |

| Social Security | Date of Birth | Municipality | Gender |
|---|---|---|---|
| | | | |

| Index Code | Department Name | Unit ID | Hours |
|---|---|---|---|
| 610634 | Controller | 1701 | 80 |

| Job Number | Position Title | Monthly Salary | Budgeted Salary |
|---|---|---|---|
| 040 | Fiscal Clerk | $2,144.00 | $2,144.00 |

### 2A. CHANGE OR CORRECTION

| Effective Date | Name Change (Last, First) | Address Change | Monthly Salary |
|---|---|---|---|
| 02/28/00 | | | $3,166.67 |

| Index Code | Department Name | Municipality | Budgeted Salary |
|---|---|---|---|
| 610634 | Controller | | $3,166.67 |

| Job Number | Position Title | Unit ID | Last Day Worked | Hours |
|---|---|---|---|---|
| 020 | Field Supervisor | 1702 | | 80 |

**ALL ACTIONS - INCLUDING ONE-TIME PAYMENTS - MUST BE EXPLAINED IN THIS SECTION:**

REMARKS: Transfer & Salary Increase

FINAL AUTHORIZATION
Signature: [signed]
Title: Controller
Date: 03/07/00

EXHIBIT 20

Master Employee Status Form                Controller - Payroll Division

# PAYROLL ACTION FORM
### Row Office & Court of Common Pleas
## Employee Status Change

| Employee Name | Employee Number |
|---|---|
| Cuppelli, Carmen | 85987 |

### CURRENT STATUS

| Office or Department | Index Code | Job No. |
|---|---|---|
| Controller's Officer | 610634 | 20 |

| Hire Date | Position Title | Cost Center/Job |
|---|---|---|
|  | Field Supv |  |

| Hourly Rate | Monthly Salary | Maximum Salary | E.E.O.C. Code/Category |
|---|---|---|---|
|  | $3,326.90 | $3,326.90 |  |

### CHANGE STATUS

| New Office or Department | Index Code | Job No. |
|---|---|---|
|  |  |  |

| Effective Date | New Position Title | Cost Center/Job | Unit ID |
|---|---|---|---|
| 10/3/04 |  |  |  |

| Hourly Rate | Monthly Salary | Maximum Salary | E.E.O.C. Code/Category |
|---|---|---|---|
|  | $3,426.71 |  |  |

Requests that may cause you to exceed your Personnel/Fringe Benefit Appropriations will not be processed without an acceptable plan for Budget shortfalls.

### BUDGET JUSTIFICATION

Increase in Maximum Salary.

| Requesting Officer/Administrator | Signature | Date |
|---|---|---|
| Controller's Office - *(Not required for negotiated increases)* |  | Date |
| Budget Approval |  |  |
| Grant Approval |  |  |
| Controller's Signature | [signed] | 9/29/04 |

| Comments | Effective Date (Payroll Use Only) |
|---|---|
| EXHIBIT 21 | 10/3/2004 |

# PAYROLL ACTION FORM

### Row Office & Court of Common Pleas
### Employee Status Change

| Employee Name | Employee Number |
|---|---|
| See Attached | |

## CURRENT STATUS

| Office or Department | | Index Code | Job No. |
|---|---|---|---|
| Controller's Office | | Various | |
| Hire Date | Position Title | Cost Center/Job | Unit ID |
| | | | |
| Hourly Rate | Monthly Salary | Maximum Salary | |
| | See Attached | See Attached | |

## CHANGE STATUS

| New Office or Department | | Index Code | Job No. |
|---|---|---|---|
| | | | |
| Effective Date | New Position Title | Cost Center/Job | Unit ID |
| 12/23/07 | | | |
| Hourly Rate | Monthly Salary | Maximum Salary | E.E.O.C. Code/Category |
| | See Attached | See Attached | |

Requests that may cause you to exceed your Personnel/Fringe Benefit Appropriations will not be processed without an acceptable plan for Budget shortfalls.

## BUDGET JUSTIFICATION

Merit Raise

| Requesting Officer/Administrator | Signature [signed] | Date |
|---|---|---|

Controller's Office - (Not required for negotiated increases)    Date
  Budget Approval
  Grant Approval

Controller's Signature [signed]    Date

| Comments | EXHIBIT 22 | Effective Date (Payroll Use Only) |
|---|---|---|

## Controller's Office - Raises Effective 12-23-07
### (Merit)

| Index Code | Job No. | Employee Name | Job Title | Current Monthly | $ Amount of Raise | New Monthly |
|---|---|---|---|---|---|---|
| | | **_Administration_** | | | | |
| 610626 | 4 | MERK, JANET | SPECIAL ASST | 4,158.33 | $ 1,000.00 | $4,241.33 |
| | | **_Accounting_** | | | | |
| 610634 | 5 | SUCHAR, PETER J | ASST MGR ACCTNG | 4,500.00 | $ 3,000.00 | $4,750.00 |
| 610634 | 7 | PRONIO JR., JOSEPH J | GRANTS SUPV | 4,356.18 | $ 500.00 | $4,397.85 |
| 610634 | 11 | PISCIOTANNO, NICK | FINANCIAL ANALYST | 3,266.66 | $ 3,000.00 | $3,516.66 |
| 610634 | 20 | CUPELLI, CARMEN | FIELD SUPV | 3,495.24 | $ 1,500.00 | $3,620.24 |
| | | **_Payroll_** | | | | |
| 610642 | 1 | STIPANOVICH, FAITHANN | PAYROLL MGR | 4,415.25 | $ 2,000.00 | $4,581.92 |
| 601642 | 2 | RICCELLI, CESARE F | ASST PAYROLL MGR | 3,604.45 | $ 1,500.00 | $3,729.45 |
| | | **_Audit_** | | | | |
| 610683 | 2 | REESE, LILLIAN | AUDIT MGR | 4,916.67 | $ 1,180.00 | $5,015.00 |
| 610683 | 4 | NEAL, BETHANY | AUDIT MGR | 4,750.00 | $ 2,000.00 | $4,916.67 |
| 610683 | 15 | CAFARO, DAVID M | AUDITOR 2 | 2,860.41 | $ 2,000.00 | $3,027.08 |
| 610683 | 18 | KRICK, MELISSA A | AUDITOR 2 | 3,083.33 | $ 2,000.00 | $3,250.00 |
| 610683 | 14 | PINGOR JR., THOMAS | AUDITOR 2 | 2,800.00 | $ 2,000.00 | $2,966.67 |
| | | **_Tax Claims_** | | | | |
| 610691 | 1 | DONIS, JOHN J | MGR-MAPPING | 3,977.00 | $ 4,000.00 | $4,310.33 |
| | | **_Information Systems_** | | | | |
| 610741 | 1 | CHOLEWINSKI, ANTHONY D | MGR INFO SYSTEMS | $ 5,227.20 | $ 4,000.00 | $5,560.53 |
| 610741 | 2 | CARVER, DENNIS | ASST MGR INFO SYSTEM | $ 4,139.10 | $ 1,000.00 | $4,222.10 |

# PAYROLL ACTION FORM

Row Office & Court of Common Pleas

## Employee Status Change

| Employee Name | Employee Number |
|---|---|
| Cupelli, Carmen | 101770 |
| **Employee Address** | **Type of Transaction** |
| Controller's Office | Salary Increase |

### CURRENT STATUS

| Office or Department | | Index Code | Job No. |
|---|---|---|---|
| | | | RET001 |
| **Hire Date** | **Position Title** | **Cost Center/Job** | **Unit ID** |
| 3/19/07 | Real Estate Tax Investigator | 704601 | 1702 |
| **Hourly Rate** | **Monthly Salary** | **Maximum Salary** | **E.E.O.C. Code/Category** |
| 20.8860 | $3,620.24 | | |

### CHANGE STATUS

| New Office or Department | | Index Code | Job No. |
|---|---|---|---|
| | | | |
| **Effective Date** | **New Position Title** | **Cost Center/Job** | **Unit ID** |
| 7/18/11 | | 704601 | 1702 |
| **Hourly Rate** | **Monthly Salary** | **Maximum Salary** | **E.E.O.C. Code/Category** |
| 21.5126 | $3,728.85 | | |

Requests that may cause you to exceed your Personnel/Fringe Benefit Appropriations will not be processed without an acceptable plan for Budget shortfalls.

### BUDGET JUSTIFICATION

**Remarks**

3% Merit Increase

| Requesting Officer/Administrator | Signature | Date |
|---|---|---|
| **Controller's Office** - *(Not required for negotiated increases)* | | **Date** |
| Budget Approval | | |
| Grant Approval | | |
| Controller's Signature | [signature] | 7/18/11 |

| Comments | EXHIBIT 23 | Effective Date (Payroll Use Only) |
|---|---|---|