# Appendix Tab C

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                    - - -

4  STANLEY M. KACZMORSKI and      )
    CARMEN CUPELLA,               )
5                           )
            Plaintiffs,       )
6                         ) Civil Action No.
        vs.               ) 2:12-cv-1694-GLL
7                         )
    OFFICE OF THE CONTROLLER OF    )
8  ALLEGHENY COUNTY and CHELSA      )
    WAGNER,                  )
9                           )
           Defendants.       )
10

11                    - - -

           Deposition of JOSEPH L. ABBOTT
12

          Monday, October 28, 2013
13

14                - - -

        The deposition of JOSEPH L. ABBOTT, called as a
15  witness by the Plaintiff Carmen Cupelli, pursuant to
    notice and the Federal Rules of Civil Procedure
16  pertaining to the taking of depositions, taken before
    me, the undersigned, Eugene C. Forcier, Stenographer
17  Commissioner in and for the Commonwealth of
    Pennsylvania, at the Law Offices of Ira Weiss,
18  445 Fort Pitt Boulevard, Suite 503, Pittsburgh,
    Pennsylvania 15219, commencing at 9:38 o'clock a.m.,
19  the day and date above set forth.

20                - - -

21        COMPUTER-AIDED TRANSCRIPTION BY
          MORSE, GANTVERG & HODGE, INC.
22         PITTSBURGH, PENNSYLVANIA
             412-281-0189
23                - - -

24

25

1    employee and, yes, I was paid by the campaign.

2        Q       So you were paid by the campaign?

3        A       Correct.

4        Q       And then did you conduct those interviews

5    with Martin Schmotzer?

6        A       Correct.

7        Q       And who is he?

8        A       He is a friend of the Wagner family;

9    someone who had worked with the campaign in a

10   volunteer capacity, and had served as sort of an

11   advisor, I guess, to the campaign.

12       Q       In a volunteer capacity?

13       A       To start, and then he was paid a sort of a

14   consultancy fee at the end.

15       Q       And, do you know if he was planning to work

16   at the Controller's Office under Miss Wagner?

17       A       I understand there were some discussions

18   between the two, but I was not privy to them.

19       Q       Okay.

20       A       The details of those discussions.

21       Q       How did you arrive at that understanding?

22       A       Through a conversation with Chelsa, you

23   know, it was under consideration, you know, that was

24   sort of an evolving process where I think she was

25   considering, you know, many different people that she

1    knew, who may be beneficial for her to hire.

2             But ultimately, he was not hired by the

3    Controller's Office.

4    Q     Do you know what position, if any, he was

5    being considered to be hired for?

6    A     I had heard that he may be hired as an

7    advisor, or the Deputy Controller, but ultimately, he

8    was not hired.

9    Q     Now, did you and Mr. Schmotzer conduct

10   interviews of employees, at Miss Wagner's direction?

11   A     Yes.

12   Q     What did she ask you to do?

13   A     Basically, I guess, I think some

14   perspective is -- and history is important here.

15   After winning the election, we had requested,

16   basically, a -- job descriptions for all of the

17   employees.

18             Sometime before the election, perhaps a

19   month, we received an employee roster that was just

20   names and titles.  Those titles were sort of vague,

21   and were difficult for us to discern exactly what the

22   duties of those positions were, from the titles.

23             So we had asked for job descriptions, and

24   those were not readily available at the time we asked

25   for them, right after the election in November 2011.

1          Because of the nature of that, and having,

2    you know, not been -- had much interaction with the

3    Controller's current staff, Mark Flaherty's staff,

4    we -- Chelsa thought it was important to gain some

5    perspective on what different duties were being

6    performed by people within the office.

7          From that point, right after the election,

8    we had get with Guy Tumolo, who was Mark Patrick

9    Flaherty's Deputy Controller.  He had, basically, said

10   that those job descriptions were not readily

11   available.

12         So we -- Chelsa had decided that we would

13   conduct some interviews with Mark Flaherty's

14   administrative staff, and then in what was called, I

15   think, the administrative division, as well as the

16   Assistant Deputy Controllers, and their managers, the

17   managers that were directly underneath them, so that

18   would be in auditing, payroll, accounting and

19   information systems.

20   Q     Okay.

21         So when did you meet with Mr. Tumolo?

22   A     We met with Mr. Tumolo after the election,

23   but before the interview started, I can't remember the

24   exact date.

25   Q     That probably would be in early to mid

1    November 2011?

2         A      Yeah, that sounds right.

3         Q      Okay.  When he said the job descriptions

4    weren't readily available, did he say they didn't

5    exist?

6         A      I can't remember the exact conversation,

7    but that is what we could discern, was that there were

8    not updated, and/or relevant job descriptions at that

9    time.

10               And I believe, when we did receive the job

11   descriptions, they were dated some point after that

12   first meeting; that they had been created, or updated.

13        Q      So you received them at some point?

14        A      Yes, we did.  We did receive a -- we

15   received an initial binder, that was given to

16   Mark Patrick Flaherty in 2003 by Dan Onorato's staff,

17   and that contained some job descriptions, but we were

18   told they were not current.

19               And then sometime after that, we did

20   receive one binder that contained updated job

21   descriptions, but that was right before we started the

22   interviews.

23               So the interviews had already been

24   scheduled.

25        Q      Okay.  So you received the updated job

1    descriptions after the interviews were scheduled, but

2    before they started?

3         A    Correct.

4         Q    Okay.

5              And, did you have any discussions, or did

6    you witness any discussions with Mr. Tumolo, about the

7    functions that were performed by various employees at

8    the Controller's Office?

9         A    I believe so.

10             You know, he did give us some direction on,

11   for instance, an employee that was titled the office

12   manager, actually served the duties of Mr. Tumolo's

13   assistant.

14             So -- and, there were -- I can't recall

15   exactly what we talked about, but there were some

16   general discussions in initial meetings with

17   Mr. Tumolo about the different roles that different

18   people played within the office.

19        Q    Do you remember that first meeting with

20   Mr. Tumolo, discussing anything about Carmen Cupelli?

21        A    I don't believe so.

22             I don't believe that that was one of the

23   positions that we were initially discussing.

24        Q    Okay.

25             Do you recall at what positions you were

1    little that you could discern about those positions

2    from that research.  And I would call that research

3    extensive.

4                So, you know, part of our job was to try

5    to, you know, figure out exactly what the day-to-day

6    works of these positions were, and then also to get

7    inputs.

8                So part of this process of gathering

9    information about -- from employees, was not to make

10   judgments about the quality of their work, but to

11   learn about what they did, and then also, let -- you

12   know, get basically their insights into what they

13   thought was being done well, what could be done

14   better.

15       Q    So, before these informational sessions

16   were scheduled, were you aware of Miss Wagner

17   expressing any desire to restructure the office, or

18   eliminate any positions?

19       A    I can't -- I can't recall exactly when we

20   talked about such a process, but there certainly was a

21   desire from the Controller that had been expressed to

22   me, I can't recall if it was before or after the

23   interviews, that she wanted to take some different

24   directions than what had been done, to take a more

25   active approach towards some of the bigger issues that

1   were facing county government, that may not have been

2   covered by an audit, or by the accounting group, or by

3   IT.

4          So within the administrative staff to look

5   at some bigger projects.

6          For instance, I will give you an example.

7   Mark Patrick Flaherty had dedicated a significant

8   amount of time toward research around Marcellus shale

9   drilling at the airport, and looking at other places

10  within the county that would be.  I mean, significant

11  effort, there were multiple employees assigned this

12  task.

13         And that was not an interest, so that was

14  not something that we thought would be beneficial, as

15  nonexperts in the field, or -- so that's an example of

16  something where, you know, significant effort was put

17  in by    Mark Patrick Flaherty into that area, but

18  was not necessarily a policy area that we were looking

19  to dedicate such resources.

20     Q     All right.

21         So, before these informational sessions

22  took place, were you directed to talk to these people

23  with an eye toward deciding whether they should remain

24  employed?

25     A     No.

1    Q     Did you have kind of a script or an outline

2   of questions to ask during these informational

3   sessions?

4    A     We had a broad agreement on what we would

5   ask.

6          So, for instance, we would ask someone's

7   title, we would ask when they started in the

8   Controller's Office, we would ask what other duties

9   they may have performed prior to their current

10  position, within the Controller's Office.

11         We would maybe ask some follow up on what

12  their other background was, if they were new in the

13  Controller's Office or not, you know, just basic

14  resume questions sort of.

15         And when we would ask, you know, kind of

16  what your day-to-day duties were, what sort of areas

17  within the office you oversaw, and then we would get

18  into the more sort of subjective part of the

19  interview, for their questioning, asking them, you

20  know, what they liked about where they were, to what

21  they thought could be improved.

22   Q     So you didn't have like a written script,

23  or outline, or anything?

24   A     No.  No.  No, I don't believe so.

25   Q     So, did you ask generally the same

1   questions, or types of questions, to all of the people

2   you talked to?

3       A       Generally, yes.

4               I mean, if there was someone -- for

5   instance, we are not going to necessarily ask someone

6   that does asset management the same questions we are

7   going to ask someone who is the Assistant Deputy

8   Controller for information systems.

9               I mean, there are obviously going to be

10  different levels of questions, depending on the areas

11  for which those people oversee, and the significant of

12  that management.

13              So, you know, obviously, there are some

14  more detailed -- you know, we are not going to ask the

15  same person that manages payroll the same questions to

16  the person who is going to be ahead of audit, because,

17  you know, we have a certain level of knowledge about

18  auditing, but the sort of general questions, which I

19  just reviewed, yes, those were consistent.

20      Q       And then, at the end of the interview, or

21  the informational session, the person then had an

22  opportunity to ask you and Mr. Schmotzer questions; is

23  that correct?

24      A       I believe so.  Certainly, we wouldn't have

25  rejected that.  I am not -- I can't remember that, if

1   that was part of our -- you know, our standard, like,

2   "Do you have any questions?"  I think so, but I can't

3   remember.

4        Q        But that doesn't stick out in your mind, as

5   a significant part of these informational sessions,

6   was being asked questions by the --

7        A        Correct.

8        Q        -- other people?  Okay.

9                 Was it you and Mr. Schmotzer at every one

10  of these informational sessions?

11       A        I recall, yes.  That's true.

12       Q        Okay.  And just the two of you?

13       A        Yes.

14       Q        And did you meet with Carmen Cupelli during

15  these?

16       A        Yes.

17       Q        And, do you remember anything about that

18  meeting?

19       A        Yes.  I mean, I remember it being brief, I

20  remember that he was one of the few people who brought

21  a list of duties that he performed; I remember that

22  there was -- it was -- I would say it was, like I say,

23  describe it as awkward.

24       Q        Okay.  You said it was brief.  Do you

25  recall approximately how long it was?

1       A       Approximately, I would say maybe

2  20 minutes; 15, 20 minutes.

3       Q       And was that shorter than most of the

4  meetings that you had?

5       A       I would say yes.

6       Q       How long were most of them?

7       A       Well, I guess that was sort of average for

8  some, and some of them were about a half hour, some

9  were about 15 minutes, so --

10      Q       But on the shorter side of it?

11      A       Correct.

12      Q       Okay.  And he brought a list with him of

13  what he did?

14      A       Correct.

15      Q       And did you keep a copy of that list?

16      A       I did not.  I was not provided a copy.

17      Q       But he had it in front of him, to review

18  what he did?

19      A       Correct.

20              And I recall him reading it word for word

21  from -- I could see the list on the front table, I

22  could see him reading off of it.

23      Q       Okay.  And do you remember what he told you

24  he did?

25      A       A lot of different things related to real

1   estate; that he attended meetings for the Controller,

2   and that he did special projects, and helped Mark in

3   other ways.

4          There wasn't necessarily a definition to

5   "other."

6     Q     Okay.  Did you ask?

7     A     I don't believe so.

8     Q     And you described the meeting as awkward.

9   What was awkward about it?

10    A     I mean, the -- first of all, no one else

11  came in with a list, to sort of read off what they did

12  word for word.

13         Other people could sort of recall a day's

14  work sort of off the top of their head, and then would

15  sort of get into more detail on specific duties that

16  they performed.

17         This was very brief, it was sort of just

18  a -- in reading off of sort of bulleted list of sort

19  of brief phrases, or duties.

20         And then, the follow up was sort of, I

21  would say, I guess, defensive a bit, and sort of

22  awkward, because of the defensive nature of it.

23         It seemed to not only be questioning more

24  on his duties, and I can remember sort of the

25  interview sort of coming to a halt, and after we sort

1    of trying to follow up, and not really getting much

2    information back.

3         Q    So, I mean, in what way was he defensive?

4         A    I -- I can't recall the exact conversation,

5    it's obviously been some time since it happened, and

6    we also conducted somewhere around 30 of these

7    interviews.

8              But, I can remember, distinctly, it just --

9    you know, after reading off the list, that when we

10   tried to follow up on certain things -- because,

11   I will be honest, I had done almost a year's worth of

12   research on the Controller's Office, and I had never

13   once seen a media report, or a -- an -- you know, a

14   produced report from the office that related to tax

15   liens, or real estate investigations.

16             So I was curious, you know, what exactly

17   that meant, and how that would -- and there was little

18   detail provided beyond what was on the list.

19        Q    And you mentioned a few times that you did

20   research for about a year before -- beforehand.  What

21   did you do to do that research?

22        A    I looked at the Controller's website, I

23   went through reports that were publicly available --

24   excuse me -- and then, relied almost solely on news

25   reports.

1          So we had access to, you know, different

2     archives of news reports from, you know, like the last

3     decade or so, and were able to compile different issue

4     based sort of knowledge about what had been made

5     public, about what had been done by the Controllers

6     from audits, to different special reports that they

7     had done, and other advocacy by Controllers.

8          Q     When you are talking about news reports,

9     are you talking about, what, the Post-Gazette and the

10    Tribune-Review articles?

11         A     Yes.  And then some TV, and -- yeah, mainly

12    TV and print media.

13         Q     Okay.  And, did you take a look at the

14    statute of what the Controller, the Controller's

15    duties are?

16         A     Yes.  I mean, I reviewed them generally, I

17    would say at that point.

18         Q     Okay.  And you hadn't really come across

19    anything having to do with tax liens, in conducting

20    that research?

21         A     No.

22               The only thing I knew at that point about

23    tax liens, is that they had outsourced -- sold off --

24    the treasurer's office was charged with selling --

25    with maintaining tax liens, and they had at some

1      Q      What was her position on that campaign?

2      A      She was an administrative assistant.

3      Q      All right.

4             MS. ELZER:  I don't have any further

5      questions for you.

6             THE WITNESS:  Okay.

7             MS. ELZER:  Did you have any, Jim?

8             MR. McGRAW:  Yeah, just a few.

9                        EXAMINATION

10     BY MR. McGRAW:

11     Q      J.J., I just wanted to clarify just a

12     couple of things you testified to here.

13            We heard towards the beginning of your

14     testimony, about the first time that you were

15     approached by Chelsa, as you discussed with Chelsa the

16     possibility of you working in the Controller's Office,

17     you said it was on the Turnpike --

18     A      Right.

19     Q      -- having lunch, or having dinner,

20     something like that.

21            To clarify it, prior to that, while you

22     were working on the campaign, you were not promised a

23     job, nor did you really discuss a job in the

24     Controller's Office with Chelsa; is that correct?

25     A      Correct.  I would also clarify that I did

1    you met with, that this in fact was not them

2    interviewing for their job; did you attempt to allay

3    any fear?

4        A      Correct.  I would say, I recall almost, I

5    would say every interview, that was sort of a preface

6    before the meeting started, just sort of make people

7    more comfortable, and it really was sort of

8    information gathering, and that was, you know, a key,

9    I think, to making it more relaxed.

10       Q      You had testified that Mr. Cupelli, during

11   that interview, that he had some difficulty, I think

12   the way you said it was, just describing his average

13   day at work.  I'm paraphrasing what you testified to

14   earlier.

15       A      I would say that's correct.

16       Q      Something like that.

17              Was that explanation prompted by, did you

18   ask him that question directly, "Take me through an

19   average day," was that something, a question that you

20   posed to him?

21       A      That was a common question within the --

22   everybody, but I can't recall if that was exactly --

23   if that was in the interview, or if it was stated

24   differently, but in each one of the meetings that we

25   had, we tried to get a sense of what people did on a

1   day-to-day basis, and sort of a general sense.

2       Q       That was a description you solicited from

3   every interviewee, then?

4       A       I believe so, yes.

5       Q       You used an example, when you were

6   testifying, with regard to Marcellus Shale, it was in

7   the context, as I recall, correct me if I am wrong, of

8   a function that was a point of emphasis of the

9   Flaherty administration --

10      A       Correct.

11      Q       -- that had been, I suppose, deemphasized

12  under Miss Wagner's administration; is that fair to

13  say?

14      A       Yeah, I would say eliminated.  I mean, I

15  think, you know, I can probably give you some other

16  examples, too.  I mean, I would list, for instance,

17  there was a lot of, you know, day-to-day work done

18  around constables, which was actually the

19  responsibility of the Department of Court Records, and

20  we went through an entire period of basically

21  transitioning out that duty, because it wasn't our

22  fiduciary duty, nor was it a priority of the

23  Controller.

24      Q       Would -- as far as you could tell, would

25  any work related to sheriff's sales also have been

1  perhaps an area emphasized under Controller Flaherty,

2  from any of your investigations?

3     A     Correct.  Our -- you know, our -- I would

4  say along with Marcellus Shale, constables, I put

5  sheriff's sales in that category, were essentially

6  duplicative.  These were efforts that were being done

7  by other row offices, or parts of the administration,

8  the executives administration that we didn't -- did

9  not see a need, nor a desire to continue.

10     Q     Does anyone handle, or do any work related

11  to sheriff's sales in the Controller's Office now,

12  that you are aware of?

13     A     No, I have never had a discussion about

14  sheriff's sales, although I did read in the paper

15  today they have been decreased over time by the

16  sheriff, yes.

17     Q     You are not aware of anybody attending

18  sheriff's sales on behalf of the Controller's Office

19  currently, are you?

20     A     Never, no.

21     Q     You never read any reports related to what

22  went on at the most recent sheriff's sale; do you?

23     A     No.

24     Q     Do you know anyone in the office who would

25  receive or review such a report?

1      A      No.

2      Q      Can you think of any information that might

3   be generated from a sheriff's sale, that might be

4   valuable to anyone working in the Controller's Office

5   right now?

6      A      No.  I mean, I think if we wanted to do

7   something about sheriff's sale, we would conduct an

8   audit, which would be performed by the auditing

9   department at the direction of the Controller, or the

10  Deputy Controller, or the Assistant Deputy Controller

11  for auditing.

12          But as of my knowledge, or I have never

13  been privy to a discussion of that being any sort of

14  priority, or fiduciary function.

15     Q      You were asked about a number of employees,

16  of current and former, by Miss Elzer, during the

17  course of your testimony.

18          Sherry Kelly's name came up a number of

19  times.

20     A      Correct.

21     Q      To be clear, you had spoken with Guy Tumolo

22  about a number of employees in the Controller's

23  Office, when you were transitioning in; is that

24  correct?

25     A      Correct.

1      Q      With respect to Miss Kelly, you said that

2  it was indicated to you that she was primarily an

3  administrative assistant; is that correct?

4      A      Yes.  Her primary responsibility was

5  related to weights and measures, in terms of basically

6  being an administrative officer of sorts for the three

7  employees that spent the majority of time in the field

8  inspecting gas pumps, deli scales, and parking meters.

9      Q      Might that, your understanding of what

10  Miss Kelly did in the office, from discussions with

11  Mr. Tumolo -- was there anyone else that you spoke to

12  about Mr. Miss Kelly; was it primarily Mr. Tumolo?

13      A      We did speak with -- we did interview, you

14  will note on Exhibit 1 -- let's see the names, I need

15  to find them -- Greg Medica, and Frank Pollock, who

16  were the weights and measures -- heads of, in charge

17  of weights and measures, and they -- they, you know,

18  confirmed that Miss Kelly's four duties were

19  primarily -- you know, they did their work in the

20  field, and then transmitted that information to

21  Mrs. Kelly -- Miss Kelly.

22      Q      Might that have been a reason, then, you

23  didn't feel you needed to conduct one of these

24  interviews, that we heard about, with Miss Kelly

25  specifically?