IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY M. KACZMORSKI and<br>CARMEN CUPELLI, | Civil Division |
| Plaintiffs, | No.  12-1694 |
| v. | Judge McVerry |
| OFFICE OF CONTROLLER OF ALLEGHENY COUNTY, and CHELSA WAGNER, Controller, in her individual and official capacities, | |
| Defendants. | JURY TRIAL DEMANDED |

**STIPULATION FOR DISMISSAL BY STANLEY M. KACZMORSKI *ONLY* AS TO OFFICE OF CONTROLLER OF ALLEGHENY COUNTY**

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Stanley M. Kaczmorski, stipulates to the dismissal of this matter with prejudice, as to Office of Controller of Allegheny County. This stipulation does not affect any of Plaintiff Cupelli's claims against Defendants.

Respectfully submitted,

/S/ James P. McGraw, III
James P. McGraw, III
Pa.I.D. No. 307607

Law Office of Ira Weiss
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219
(412) 391-9890

Attorneys for Defendants

/S/ Christine T. Elzer
　　Samuel J. Cordes
Christine T. Elzer

Pa.I.D. No. 54874 (Cordes)
Pa.I.D. No. 208157 (Elzer)

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 281-7991

Attorneys for Plaintiffs