IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN CUPELLI, | Civil Division |
| Plaintiff, | No. 12-1694 |
| v. | Judge McVerry |
| OFFICE OF CONTROLLER OF ALLEGHENY COUNTY, and CHELSA WAGNER, Controller, in her individual and official capacities, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL BY CARMEN CUPELLI

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Carmen Cupelli, stipulates to the dismissal of this matter with prejudice, as to Defendants Office of Controller of Allegheny County and Chelsa Wagner, Controller, in her individual and official capacities.

Respectfully submitted,

| | |
|---|---|
| /S/ James P. McGraw, III | /S/ Christine T. Elzer |
| James P. McGraw, III | Samuel J. Cordes |
| Pa.I.D. No. 307607 | Christine T. Elzer |
| | |
| Weiss Burkhardt Kramer, LLC | Pa.I.D. No. 54874 (Cordes) |
| 445 Fort Pitt Boulevard, Suite 503 | Pa.I.D. No. 208157 (Elzer) |
| Pittsburgh, PA 15219 | |
| (412) 391-9890 | Samuel J. Cordes & Associates |
| | 245 Fort Pitt Boulevard |
| Attorneys for Defendants | Pittsburgh, PA 15222 |
| | (412) 281-7991 |
| | |
| | Attorneys for Plaintiffs |