IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN CUPELLI, | Civil Division |
| Plaintiff, | No. 12-1694 |
| v. | Judge McVerry |
| OFFICE OF CONTROLLER OF ALLEGHENY COUNTY, and CHELSA WAGNER, Controller, in her individual and official capacities, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL BY CARMEN CUPELLI

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Carmen Cupelli, stipulates to the dismissal of this matter with prejudice, as to Defendants Office of Controller of Allegheny County and Chelsa Wagner, Controller, in her individual and official capacities.

Respectfully submitted,

/S/ James P. McGraw, III
James P. McGraw, III
Pa.I.D. No. 307607

Weiss Burkhardt Kramer, LLC
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219
(412) 391-9890

Attorneys for Defendants

/S/ Christine T. Elzer
Samuel J. Cordes
Christine T. Elzer

Pa.I.D. No. 54874 (Cordes)
Pa.I.D. No. 208157 (Elzer)

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 281-7991

Attorneys for Plaintiffs

```
Date: August 5, 2014
SO ORDERED:
s/ Terrence F. McVerry
```